**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

GERALD HALL,                              :  No. 44 EM 2023
                                          :
           Petitioner                   :
                                          :
                                          :
       v.                        :
                                          :
                                          :
COURT OF COMMON PLEAS FOR                 :
PHILADELPHIA COUNTY, POST TRIAL           :
UNIT,                                     :
                                          :
           Respondent                   :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 12th day of October, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and the Motion for Funds to Hire an Investigator are DENIED.